**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDDY VALENCIA (1),<br>ASHLEY YENNISSEI OSUNA SALGUERO(2),<br>Defendants. | Case No. ________________<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony); Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The Acting United States Attorney charges:

On or about May 5, 2022, within the Southern District of California, defendants EDDY VALENCIA and ASHLEY YENNISSEI OSUNA SALGUERO did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: 5/25/22 .

RANDY S. GROSSMAN
United States Attorney

SYEDA SARAH AKHTAR
Assistant U.S. Attorney

SSAK:mt:5/25/2022